# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1100
Lower Tribunal No. 23-14566-CA-01
_____

**Elein Valdes, etc.,**
Appellant,

vs.

**Westchester Mall Associates, LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Devine Goodman & Rasco, LLP, and Guy A. Rasco; Kula & Associates, P.A., and Elliot B. Kula, and Elaine D. Walter, for appellant.

Fox Rothschild LLP, and David J. DePiano, and Kaitlyn K. Brenner, and Selene C. Vazquez (West Palm Beach) and Brett A. Berman (Philadelphia, PA), for appellee.

Before FERNANDEZ, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.